THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ABRAHAM HEDRICH, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated December 12, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered July 19, 1960 after trial, convicting him of grand larceny in the first degree and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.